IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HARVEY PATTERSON #20090019674,  )
                                )
            Plaintiff,           )
                                )
     v.                          )   No. 09 C 3523
                                )
SHERIFF OF COOK COUNTY, et al.,  )
                                )
            Defendants.          )

MEMORANDUM ORDER

Because of the nature of the grievance advanced by Harvey Patterson ("Patterson") in his self-prepared 42 U.S.C. §1983 Complaint in this action, this Court promptly screened the Complaint as called for by 28 U.S.C. §1915A(a)[1] and:

1. granted Patterson's In Forma Pauperis Application even though no printout reflecting the transactions in his trust fund account had been provided in accordance with Section 1915(a)(2),

2. ordered Cook County Department of Corrections ("County Jail") personnel to file the statutorily-required printout,

3. appointed a member of this District Court's trial bar to represent Patterson on a pro bono publico basis and

4. set an initial status hearing date to address Patterson's Complaint.

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

In response to this Court's directive, the County Jail has supplied the requisite printout. That reveals the average monthly deposits to Patterson's account during the two-month period during which he was in custody before filing this action came to $64.50, so that the required initial payment toward the $350 filing fee (20% of that figure, as provided by Section 1915(b)(1)(A)) amounts to $12.90. Accordingly Patterson is assessed that initial fee of $12.90, and the County Jail trust fund officer is ordered to collect that amount from Patterson's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department

After such payment, the trust fund officer at County Jail (or at any other correctional facility where Patterson may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Patterson's name and the 09 C 3523 case number assigned to this action. To

implement these requirements, the Clerk shall send a copy of this order to the County Jail trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 30, 2009